```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200708290242                          Cash #: 200708290235
Date of Service:  08/28/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  TULLY CONSTRUCTION CO. INC.




Plaintiff/Petitioner:
         LUSURIELLO, NICHOLAS




Service of Process Address:
TULLY CONSTRUCTION CO. INC.
127-50 NORTHERN BLVD.
FLUSHING,  NY 11368-1520

                                                  Secretary of State
                                                     By   CAROL VOGT
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                  Plaintiff,

NICHOLAS LUSURIELLO, ET. ANO.    INDEX# 07 CV 7131

--- AGAINST ---

AMEC CONSTRUCTION MANAGEMENT, INC., ET. AL.
                                                 Defendant,

---

STATE OF NEW YORK)
                   )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 28th day of August, 2007, she served the Civil Cover Sheet, Summons and Verified Complaint on TULLY CONSTRUCTION CO. INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 53 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                     MARIA SCHMITZ

Sworn before me this
28th day of August, 2007

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011