State of New York - Department of State
Receipt for Service

Receipt #: 200708290239                     Cash #: 200708290232
Date of Service: 08/28/2007              Fee Paid: $40 - DRAWDOWN
Service Company: 14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
CORPORATION LAW

Party Served:       TURNER CONSTRUCTION COMPANY

Plaintiff/Petitioner:
                    LUSURIELLO, NICHOLAS

Service of Process Address:
TURNER CONSTRUCTION COMPANY
375 HUDSON ST
NEW YORK, NY 10014

                            Secretary of State
                              By CAROL VOGT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLAS LUSURIELLO, ET. ANO.  
                                Plaintiff,  
                        INDEX# 07 CV 7131

--- AGAINST ---

AMEC CONSTRUCTION MANAGEMENT, INC., ET. AL.  
                                Defendant,

---

STATE OF NEW YORK)  
                    )SS.  
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 28th day of August, 2007, she served the Civil Cover Sheet, Summons and Verified Complaint on TURNER CONSTRUCTION COMPANY, a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 53 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                    MARIA SCHMITZ

Sworn before me this  
28th day of August, 2007

LAWRENCE A. KIRSCH  
4787475  
Notary Public - State of New York  
Residing in Albany County  
Commission Expires May 31, 2011