COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| NICHOLAS LUSURIELLO and ELIZABETH LUSURIELLO<br><br>Plaintiffs,<br><br>- against -<br><br>AMEC CONSTRUCTION MANAGEMENT, INC., BOVIS LEND LEASE, INC., TULLY CONSTRUCTION CO., INC., TURNER CONSTRUCTION COMPANY,<br><br>Defendants. | DOCKET NO. 07CV7131<br><br>CHECK-OFF ("SHORT FORM") COMPLAINT RELATED TO THE MASTER COMPLAINT<br><br>PLAINTIFF(S) DEMAND A TRIAL BY JURY |



By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated February 2, 2005, ("the Order"), a Master Complaint for all Plaintiffs was filed on _____.

NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaint are applicable to and are adopted by the instant Plaintiff as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff, which are listed below. These are marked with an "X" if applicable to the instant Plaintiff, and specific case information is set forth, as needed, below.

Plaintiffs, NICHOLAS LUSURIELLO and ELIZABETH LUSURIELLO, by their attorneys FRIEDMAN FRIDMAN CHIARAVALLOTI & GIANNINI, complaining of Defendants, respectfully allege:

Page 1 of 13

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

**MARIA DEPALMA** being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County, in the State of New York.

I served a true copy of the annexed

CHECK OFF COMPLAINT

on January 22, 2008

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

PATTON BOGGS, LLP
Attorneys for AMEC, BOVIS & TULLY
One Riverfront Plaza, 6th floor
Newark, NJ 07102

LONDON FISCHER, LLP
Attorneys for TURNER CONSTRUCTION CO.
59 Maiden Lane
New York, NY 10038

MARIA DEPALMA

Sworn to before me January 22, 2008

Notary Public

SUZANNE M. SCOTT
NOTARY PUBLIC, State of New York
No. 02SC6119477
Qualified in New York County
Commission Expires 1/29/2008

Index No.: 07CV7131
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS LUSURIELLO and ELIZABETH LUSURIELLO,

        Plaintiffs,

- against -

AMEC CONSTRUCTION MANAGEMENT, INC., BOVIS LEND LEASE, INC., TULLY CONSTRUCTION CO., INC., and TURNER CONSTRUCTION COMPANY

        Defendants.

## CHECK-OFF COMPLAINT

**FRIEDMAN, FRIEDMAN, CHIARAVALLOTI & GIANNINI**
*Attorneys for Plaintiff*
2 Rector Street, 21st Floor
New York, New York 10006
(212) 267-0380

Index No.: 07CV7131
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS LUSURIELLO

- against -

AMEC CONSYS... BOVIS LEND LEASE, INC.
TULLY CONSTRUCTION CO... TURNER CONSTRUCTION COMPANY

CHECK-OFF COMPLAINT

FRIEDMAN, FRIEDMAN, CHIARAVALLOTI & GIANNINI